**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>AARON T. BRYAN,<br><br>             Defendant. | Case No. CR09-5808RBL<br><br>AMENDED<br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Tate London;
The defendant appears personally and represented by counsel, William Michelman;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond condition as set forth below:

    **Violation #3: Failing to obtain a substance abuse evaluation as directed on December 29, 2009.**

    **(Violations #1 and #2 are withdrawn by the Government.)**

The court having determined that the defendant violated the conditions of his/her Appearance Bond, Now therefore defendant's Appearance Bond is hereby modified as follows:

    **Defendant to be released to a residence approved by Pretrial Services for *in-patient treatment*. Defendant to remain at the Federal Detention Center until such residence is obtained. Pretrial Services will coordinate defendant's release with the US Marshals. All other conditions of his bond will remain in effect.**

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                           **January 13, 2010.**

                           *s/Karen L. Strombom*
                           **Karen L. Strombom, U.S. Magistrate Judge**